# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| FOSTER JOHNSON III,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER PIERCE, Warden,<br><br>Respondent. | Case No. CV 24-07074-JFW (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

    Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections were filed, and the time to file objections has expired. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

    IT IS THEREFORE ORDERED that Judgment be entered granting Respondent's Motion to Dismiss and dismissing the Petition without prejudice as to Grounds One, Four, and Five, and with prejudice as to Grounds Two and Three.

Date: August 27, 2025

_____
JOHN F. WALTER
United States District Judge