JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| FOSTER JOHNSON III, | Case No. CV 24-07074-JFW (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| CHRISTOPHER PIERCE, Warden, | |
| Respondent. | |

    Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that Respondent's Motion to Dismiss is granted and the Petition is DISMISSED without prejudice as to Grounds One, Four, and Five, and with prejudice as to Grounds Two and Three.

Date: August 27, 2025

_____
JOHN F. WALTER
United States District Judge